STATE of Missouri, Respondent,

v.

Michael CHARLESTON, Appellant.

Michael CHARLESTON, Appellant,

v.

STATE of Missouri, Respondent.

No. 69075.

Missouri Court of Appeals,
Eastern District,
Division Two.

Dec. 24, 1996.

Ellen H. Flottman, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, David R. Truman, Assistant Attorney General, Jefferson City, for respondent.

Before CRANE, P.J., and GERALD M. SMITH and PUDLOWSKI, JJ.

*ORDER*

PER CURIAM.

Defendant appeals from a judgment convicting him of robbery in the second degree and resisting arrest. He also appeals from the denial of his post-conviction motion, Rule 29.15, without an evidentiary hearing. No jurisprudential purpose would be served by an opinion. The findings of fact made on the post-conviction motion are not clearly erroneous. No error of law appears and there was evidence to support the verdict. The parties have been furnished with a statement of the reasons for our decision.

Judgments of conviction affirmed; judgment denying post-conviction motion affirmed. Rules 30.25(b), 84.16(b).

Yvonne E. SPRENGER, Respondent,

v.

Stanley J. SPRENGER, Appellant.

No. 69269.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 24, 1996.

Rose M. Wibbenmeyer, A. Renae Adamson, Asst. Public Defenders, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Mary Moulton Bryan, Asst. Attorney General, Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Stanley J. Sprenger ("husband"), appeals the judgment of the Circuit Court of Franklin County dissolving his marriage to respondent, Yvonne E. Sprenger ("wife"), insofar as it divided the parties' marital property, and ordered husband to pay wife's attorney's fees. Husband also appeals the judgment of the Circuit Court of Franklin County ordering him to pay wife's attorney's fees on appeal. We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment is supported by substantial evidence, is not against the weight of the evidence and does not erroneously declare or apply the law. As we further find no jurisprudential purpose would be served by an extended opinion, we affirm the judgment pursuant to Rule 84.16(b). A memorandum explaining the reasons for our decision is provided solely for the use of the parties involved.